THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael Richard
 Swyers, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2008-UP-510
 Submitted September 2, 2008  Filed
September 8, 2008    

APPEAL DISMISSED

 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., Legal Counsel, and J. Benjamin Aplin, Legal Counsel, all of Columbia, for
 Respondent.
 
 

PER CURIAM: Michael
 Richard Swyers appeals the revocation of
 his probation.  Swyers argues the probation judge erred in allowing the
 probation agent, a non-lawyer, to present the States case for revoking Swyers
 probation.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Swyers
 counsel attached a petition to be relieved, stating she reviewed the record and
 concluded this appeal lacks merit.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss[1] Swyers appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., and HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.